# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2011

142212 & (23)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JERRY DENNIS PARPART,
        Defendant-Appellant.

SC: 142212
COA: 297960
Genesee CC: 92-047885-FC

_____/

     On order of the Court, the application for leave to appeal the October 19, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion for default is DENIED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2011

Clerk

h0718